# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>CEDAR VETERINARY HOSPITAL, INC. et al.,<br><br>    Defendants. | Case No.  1:16-cv-01523-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: January 20, 2017 |

On December 21, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before January 20, 2017.

IT IS SO ORDERED.

Dated:  **December 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1